# United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*James G. Woodward*  *Phone: 314-244-7900*
*Clerk of Court*

IN RE: THE BUSINESS OF THE COURT

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue NW, 3rd Floor, Washington, DC 20037.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Jeremy Beadle | 431574401 | 4:10-cr-00040-RWS | 09/08/2011 |
| Edwin Paul Fisher | 028560767 | 4:11-cr-00123-ERW | 09/15/2011 |
| Brian Lewis Hedrick | 404724862 | 4:10-cr-00595-JCH | 09/02/2011 |
| Nathan Hiatt | 454733951 | 4:10-cr-00578-AGF | 08/30/2011 |
| Percy J. Puntriano | 210106417 | 4:11-cr-00255-AGF | 09/27/2011 |
| James Summers | 407030036 | 4:10-cr-00545-AGF | 08/25/2011 |
| Michael P. Thyssen | 400756485 | 4:11-cr-00178-JCH | 09/02/2011 |
| Rebecca Wagstaff | 047223701 | 4:10-cr-00684-JCH | 09/23/2011 |
| Daniel Weiss | 048374574 | 4:10-cr-00606-SNLJ | 09/21/2011 |

Dated this 5th day of October, 2011.

*(signed)* Catherine D. Perry
Catherine D. Perry
United States District Judge